the petition for writ of certiorari, vacated. Certiorari granted, judgment vacated, and case remanded to the Court of Appeal of California, Fifth Appellate District, for further consideration in light of *California* v. *Beheler,* 463 U. S. 1121 (1983). JUSTICE BRENNAN, JUSTICE WHITE, JUSTICE MARSHALL, and JUSTICE STEVENS dissent.

No. 83–1691. BLOCK, SECRETARY OF AGRICULTURE, ET AL. *v.* PAYNE ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Heckler* v. *Community Health Services,* 467 U. S. 51 (1984).

No. 83–1818. UNITED STATES *v.* HYLIN, ADMINISTRATOR OF THE ESTATE OF HYLIN. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Varig Airlines,* 467 U. S. 797 (1984).

No. 84–120. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* MICHIGAN ACADEMY OF FAMILY PHYSICIANS ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Heckler* v. *Ringer,* 466 U. S. 602 (1984).

No. — – ——. SURMAN ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. A–150. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF BISMARCK *v.* HULM ET AL. C. A. 8th Cir. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. D–423. IN RE DISBARMENT OF HEDICKE. Disbarment entered. [For earlier order herein, see 466 U. S. 956.]

No. D–427. IN RE DISBARMENT OF STONER. Disbarment entered. [For earlier order herein, see 467 U. S. 1202.]

No. D–437. IN RE DISBARMENT OF FEINBERG. Alexander Feinberg, of Haddonfield, N. J., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the